IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

S.C. PERKINS, JR.                                                                                                    PLAINTIFF

V.                                                                             CIVIL ACTION NO. 4:15-CV-38-SA-JMV

CITY OF GREENWOOD, MS, and
CAROLYN MCADAMS                                                                                              DEFENDANTS

ORDER

Pursuant to a memorandum opinion issued this day, the Defendants' Motion for Summary Judgment is GRANTED, Plaintiff's claims are dismissed, and this CASE is CLOSED.

**SO ORDERED on this the 22nd day of March, 2016**

      /s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**